**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
           :
SEAN FLYNN,          :
           Plaintiff,  :
     -against-        :    18-CV-2686 (VSB) (OTW)
           :
           :           **ORDER**
           :
NANCY A. BERRYHILL, *Acting Commissioner*  :
*of Social Security*,         :
           Defendant.  :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On January 1, 2020, to permit an opportunity for the parties to reach a settlement, Plaintiff requested leave to defer filing a memorandum of law in support of his application for fees for a period of 60 days. (ECF 24). That limited request is GRANTED. Plaintiff shall file his memorandum of law by **February 28, 2020**. This does not resolve the underlying motion; accordingly, the Clerk shall not close ECF 24.

**SO ORDERED.**

Dated: January 3, 2020                            *s/ Ona T. Wang*
      New York, New York                      **Ona T. Wang**
                                          United States Magistrate Judge